# Exhibit 1

 **CT Corporation**

**TO:** RACHAEL KLINSTIVER
Kindred Healthcare, LLC
680 S 4TH ST
LOUISVILLE, KY 40202-2412

**RE:** **Process Served in Tennessee**

**FOR:** Kindred Hospitals Limited Partnership  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Teresa Anne Joyner, as administratrix of the estate and on behalf of the wrongful death beneficiaries of Lorraine Anthony, deceased, Pltf. vs. Kindred Hospitals Limited Partnership, etc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20C620 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/11/2020 postmarked on 06/08/2020 |
| **JURISDICTION SERVED :** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/11/2020, Expected Purge Date: 06/16/2020<br><br>Image SOP<br><br>Email Notification,  RACHAEL KLINSTIVER  rachael.klinstiver@kindred.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**THE HIGGINS FIRM, PLLC**
525 Fourth Ave. South
Nashville, TN 37210
615-353-0930

CERTIFIED MAIL

stamps.com



CERTIFIED MAIL

$15.120
US POSTAGE
PRIORITY MAIL
COMBASPRICE
FROM 37210
08/06/2020
stamps
endicia

9402 9118 9956 3438 1587 71

Kindred Hospitals Limited Partnership
c/o Reg Agent: CT Corporation System
300 Montvue Road
Knoxville TN 37919-5510

# STATE OF TENNESSEE
# CIVIL SUMMONS
page 1 of 2

**Case Number**

20C620

**Teresa Anne Joyner, as administratrix of the estate and on behalf of the wrongful death beneficiaries of Lorraine Anthony, deceased v. Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga**

Served On:

**Kindred Hospitals Limited Partnership**    **C/o Registered Agent: CT Corporation System, 300 Montvue Road, Knoxville, TN 37919-5546**

You are hereby summoned to defend a civil action filed against you in Circuit Court, Hamilton County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _June 5 2020_

_C. Smith DC_
Clerk / Deputy Clerk

Attorney for Plaintiff:   Richard Piliponis and Ben Miller of Higgins Firm, PLLC
525 4th Ave. South, Nashville, TN 37210

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN**: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____    By: _____
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____ )

_ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____

_Rev. 03/11_


**Teresa Anne Joyner, as administratrix of the estate and on behalf of the wrongful death beneficiaries of Lorraine Anthony, deceased v. Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga**

| Signature of Plaintiff | Plaintiff's Attorney (or Person Authorized to Serve Process)<br>(Attach return receipt on back) |

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at (   ) _____*

Case 1:20-cv-00190-TRM-SKL   Document 1-1   Filed 07/08/20   Page 5 of 100   PageID #: 10

*Rev. 03/11*



# IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

Teresa Anne Joyner, as administratrix of
the estate and on behalf of the wrongful
death beneficiaries of Lorraine Anthony,
deceased,

      Plaintiff,

v.

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga,

      Defendant.

Case No: 20C620
**JURY DEMAND**

---

## COMPLAINT

---

Plaintiff, Teresa Anne Joyner, as administratrix of the estate and on behalf of the wrongful

death beneficiaries of Lorraine Anthony, deceased, brings this cause of action against defendant,

Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga, as follows:

### PARTIES

1.    Teresa Anne Joyner is the administratrix of the estate of Lorraine Anthony and has

standing to bring this action.

2.    Kindred Hospitals Limited Partnership is, and at all times mentioned herein was, a

Delaware company doing business in Hamilton County, Tennessee as Kindred Hospital -

Chattanooga. Defendant can be served with process through its registered agent, CT Corporation

System, 300 Montvue Rd, Knoxville TN 37919-5546.

1

## JURISDICTION AND VENUE

3.      A substantial part of the events or omissions giving rise to this cause of action accrued in Hamilton County, Tennessee, and jurisdiction and venue are therefore appropriate in this court.

4.      Plaintiff gave notice to defendant of a potential claim at least sixty (60) days in advance of filing this complaint in conformity with the provisions of T.C.A. §29-26-121, as evidenced by the *Affidavit of Service with Certificate of Mailing* attached hereto as Exhibit A.

5.      Pursuant to order of Tennessee Supreme Court, statutes of limitations and statutes of repose that would otherwise expire during the period from March 13, 2020 through May 31, 2020 are extended through June 5, 2020.

6.      In the event defendant believes that Lorraine Anthony or someone on her behalf has entered into an agreement to arbitrate any issues between them, then pursuant to 9 USCS § 4 plaintiff demands a trial by jury to resolve all fact issues of whatever nature related to defendant's claims that a binding arbitration agreement was entered into that would require the submission of the claims raised in this complaint to an arbitrator.

## DEFINITIONS

7.      Whenever it is alleged that defendant did any act or failed to do any act, it is meant that the officers, employees, or agents of defendant performed, participated in or failed to perform or participate in such acts or things while in the course and scope of their employment or agency relationship with defendant.

## FACTS

8.      Mrs. Anthony was hospitalized at Kindred Hospital - Chattanooga from approximately April 19, 2019 until the date of her death, July 22, 2019.

2

9.      At all times from April 19, 2019 through July 22, 2019, Kindred Hospital - Chattanooga held itself out to the public as providing medical services, Mrs. Anthony looked to Kindred Hospital - Chattanooga rather than to the individual healthcare providers to perform those services, and Mrs. Anthony accepted those services in the reasonable belief that the services were provided by Kindred Hospital - Chattanooga or its employees.

10.     Mrs. Anthony required assistance with her activities of daily living, even the most basic activities such as turning and repositioning and tracheostomy care. Defendant was aware of these conditions, or reasonably should have been aware, and was required to meet her needs or discharge her to an appropriate facility where her needs could be met.

11.     Mrs. Anthony was at risk for developing and worsening pressure injuries. Defendant was aware of this condition, or reasonably should have been aware, and was required to meet her needs or discharge her to an appropriate facility where her needs could be met.

12.     Defendant failed to develop and implement an effective plan for the prevention of developing and worsening pressure injuries.

13.     Mrs. Anthony was at risk for c. Defendant was aware of this condition, or reasonably should have been aware, and was required to meet her needs or discharge her to an appropriate facility where her needs could be met.

14.     Defendant failed to develop and implement an effective plan for the prevention of complications from her tracheostomy.

15.     Defendant failed to implement a system to ensure that Mrs. Anthony was properly monitored and protected from acts of abuse and neglect.

16.     Due to the inadequate care of defendant, Mrs. Anthony suffered injuries and harm which include, but are not limited to, the following:

3

(a) Abuse and neglect;

(b) Pressure ulcers;

(c) Complications from her tracheostomy;

(d) Delays in care;

(e) Severe pain; and

(f) Death.

17.     The foregoing injuries are a direct and proximate result of the acts or omissions set forth herein, singularly or in combination. As a result of these injuries, Mrs. Anthony's health deteriorated, she required medical treatment, she suffered significant pain, and she died.

## COUNT I – NEGLIGENCE PURSUANT TO THE TENNESSEE MEDICAL MALPRACTICE ACT, TENN. CODE ANN. §29-26-115, ET SEQ.

18.     Defendant owed a duty to its patients, including Mrs. Anthony, to render care, services and treatment as a reasonably prudent and similarly situated hospital would render, including but not limited to, rendering care and services in a safe and beneficial manner.

19.     Defendant owed a duty to assist its patients, including Mrs. Anthony, in attaining and maintaining the highest level of physical, mental and psychosocial well-being.

20.     Defendant failed to meet that standard of care and violated its duty of care in its treatment of Mrs. Anthony through mistreatment, abuse and neglect. The medical negligence of defendant includes, but is not limited to, the following acts and omissions:

a.   Failure to provide and ensure adequate nursing care plans, including necessary revisions, based upon the needs of Mrs. Anthony;

b.   Failure to implement and ensure that an adequate nursing care plan for Mrs. Anthony was followed by nursing personnel;

c.   Failure to provide timely medical intervention to Mrs. Anthony;

4

d.  Failure to provide nursing personnel sufficient in number to ensure that Mrs. Anthony attained and maintained the highest level of physical, mental, and psychosocial well-being;

e.  Failure to provide care and treatment to Mrs. Anthony in accordance with her physicians' orders;

f.  Failure to properly and timely notify Mrs. Anthony's attending physician of significant changes in Mrs. Anthony's physical condition;

g.  Failure to adequately and appropriately monitor Mrs. Anthony and recognize significant changes in her health status;

h.  Failure to provide treatment for persistent, unresolved problems relating to the care and physical condition of Mrs. Anthony, resulting in unnecessary pain, agony and suffering;

i.  Failure to provide timely and adequate nursing intervention to alleviate pain and suffering endured by Mrs. Anthony;

j.  Failure to maintain medical records on Mrs. Anthony that are complete, accurately documented, readily accessible, and systematically organized with respect to the diagnosis of Mrs. Anthony, the treatment of Mrs. Anthony, and the assessment and establishment of appropriate care plans for Mrs. Anthony.

21.  A reasonably prudent hospital, operating under the same or similar conditions, would not have failed to provide the care listed above. Each of the foregoing acts of negligence on the part of defendant was a proximate cause of Mrs. Anthony's injuries. Mrs. Anthony's injuries were all foreseeable to defendant.

5

22.     Defendant's conduct in breaching the duties it owed to Mrs. Anthony was negligent, grossly negligent, willful, wanton, malicious, reckless and/or intentional.

23.     The injuries herein described are a direct and proximate result of the acts or omissions as set forth above, singularly or in combination.

24.     Defendant is both directly and vicariously liable to plaintiff under the theory of *respondent superior* for the acts or omissions of its employees and/or agents.

25.     Plaintiff seeks compensatory and punitive damages in an amount to be determined by the jury, plus costs and any further relief to which she is entitled by law.

### COUNT II – GROSS NEGLIGENCE, WILLFUL, WANTON, RECKLESS, MALICIOUS AND/OR INTENTIONAL MISCONDUCT

26.     The longevity, scope and severity of defendant's failures and actions and its consciously indifferent actions with regard to the welfare and safety of helpless residents, such as Mrs. Anthony, constitutes gross negligence, willful, wanton, reckless, malicious and/or intentional misconduct as such terms are understood in law.

27.     Such conduct was undertaken by defendant without regard to the health and safety consequences to those residents, such as Mrs. Anthony, entrusted to its care. Moreover, such conduct evinces such little regard for its duties of care, good faith, and fidelity owed to Mrs. Anthony as to raise a reasonable belief that the acts and omissions set forth above are the result of conscious indifference to Mrs. Anthony's rights and welfare.

28.     As a direct and proximate result of the grossly negligent, willful, wanton, reckless, malicious and/or intentional misconduct of defendant, Mrs. Anthony suffered injuries, resulting treatment, severe pain and death.

29.     Defendant is both directly and vicariously liable to plaintiff under the theory of *respondent superior* for the acts or omissions of its employees and/or agents.

6

30.     Plaintiff seeks compensatory and punitive damages in an amount to be determined by a jury, plus costs, and other relief to which she is entitled by law.

## PRAYER FOR RELIEF

Plaintiff prays for judgment against defendant as follows:

A.     For damages to be determined by the jury in an amount adequate to compensate plaintiff for all injuries and damages sustained;

B.     For all general and special damages caused by the alleged conduct of defendant;

C.     For punitive damages sufficient to punish defendant for its egregious conduct and to deter defendant and others from repeating such atrocities;

D.     For the costs of litigating this case;

E.     For a jury to hear this case; and

F.     For all other relief to which plaintiff is entitled under Tennessee law.

Respectfully Submitted,

**THE HIGGINS FIRM, PLLC**

**/s/ Benjamin J. Miller**
**RICHARD D. PILIPONIS (#16249)**
**BENJAMIN J. MILLER (#25575)**
**CARLY MACMILLAN (#35827)**
525 4th Ave S
Nashville, TN 37210
(615) 353-0930
rdp@higginsfirm.com
ben@higginsfirm.com
carly@higginsfirm.com

*Attorneys for Plaintiff*

7

# IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

Teresa Anne Joyner, as administratrix
of the estate and on behalf of the
wrongful death beneficiaries of Lorraine
Anthony, deceased,

        Plaintiff,

s.

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital – Chattanooga,

        Defendant.

Case No:

---

## AFFIDAVIT OF SERVICE WITH
## CERTIFICATE OF MAILING

---

**STATE OF TENNESSEE**    }
                       }
**COUNTY OF DAVIDSON**    }

    In accordance with T.C.A. § 29-26-121, the undersigned attorney, having been duly sworn, states upon oath and affirmation as follows:

    1.      That I am the attorney for the Plaintiff in this action and have personal knowledge of the facts contained herein.

    2.      On February 5, 2020, letters were sent via certified mail, return receipt requested, to Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga. A copy of the letter sent to each is attached along the time-stamped postal receipts evidencing this mailing.

    3.      The specified notice was timely mailed and the attorney has complied with the § 29-26-121.

**PLAINTIFF'S EXHIBIT**

**A**

In witness whereof, I have set my hand this the 4th day of June, 2020.

/s/ Benjamin J. Miller
Benjamin J. Miller, Affiant

Before me, Bianca Flury, a Notary Public in and for said State, personally appeared Benjamin J. Miller, known to me personally, who executed the foregoing document in my present as his free act and deed.

_Bianca Flury_
Notary Public

My commission expires: __03/08/2021__

[SEAL]

Bianca Flury
State
of
Tennessee
Notary
Public
Davidson County
My Commission Expires March 8, 2021

2

Benjamin J. Miller, Attorney
Email: ben@higginsfirm.com

# THE **HIGGINS** FIRM
Attorneys at Law

February 5, 2020

**VIA CERTIFIED MAIL**
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

|  | | |
|---|---|---|
| **Re:** | **Patient:** | **Lorraine Anthony** |
|  | **Date of Birth:** | **June 29, 1936** |
|  | **Claimant:** | **Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony, and on behalf of the surviving spouse and wrongful death beneficiaries of Lorraine Anthony, deceased** |
|  |  | **4528 Wickers Pond Road** |
|  |  | **Vernon, FL 32462-3061** |
|  | **Relation to Patient:** | **Daughter and Administratrix of the Estate** |

Case 1:20-cv-00190-TRM-SKL   Document 1-1   Filed 07/08/20   Page 15 of 100   PageID #: 20

To Whom It May Concern:

This office represents Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony and on behalf of the wrongful death beneficiaries of Lorraine Anthony, and pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Lorraine Anthony.

Please also let this notice serve as a request for your records on Lorraine Anthony. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Joyner is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely,

THE HIGGINS FIRM, PLLC

Benjamin J. Miller

BJM/bjf

Enclosures

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

TriStar Centennial Medical Center
Attn. Administrator: Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
One Park Plaza
Nashville, TN 37203-6527

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
Attn.: Legal Dept.
P.O. Box 750
Nashville, TN 37202-0750

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
c/o Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Charles T. Brice, MD
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Charles T. Brice, MD
USA Medical Mall
979 E 3rd Street, Ste. 300
Chattanooga, TN 37403-2187

# IN THE PROBATE COURT FOR MADISON COUNTY, TENNESSEE

IN RE:                                    )
                                          )
LORRAINE ANTHONY                          )     CASE NO. 20-1805
                                          )
DECEASED.                                 )

## ORDER FOR APPOINTMENT OF ADMINISTRATRIX

This matter came to be heard on the 30th day of January, 2020 upon Petitioner Teresa Anne Joyner's verified Petition for Letters of Administration in the estate of Lorraine Anthony, who died intestate on July 22, 2019, a resident of Madison County, Tennessee. It appears from the evidence provided to the Court that Teresa Anne Joyner is an interested party as the daughter of the Decedent.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:**

(a)   That Teresa Anne Joyner be appointed as the Administratrix;

(b)   That Letters of Administration issue to Personal Representative, Teresa Anne Joyner, of 4528 Wickers Pond Road, Vernon, Florida 32462;

(c)   That the requirements for bond is hereby reserved pending filing of inventory and further order of this court; inventory shall be filed within 60 days; accounting shall be submitted within 15 months and annually thereafter;

(d)   That the Bureau of TennCare be notified of these proceedings;

(e)   That Notice of Publication be commenced according to law;

(f)   For such other, further and general relief as the justice of this Petition may require.

ENTERED THIS 30th DAY OF January, 2020.

_____
HONORABLE JUDGE

**APPROVED FOR ENTRY:**

DONALD K. BYRD, BPR#033231
The Higgins Firm
525 Fourth Ave. S.
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 28th day of January, 2020.

Robert Anthony
Forest Cove Nursing Home, Side 4, Room 549
Jackson, TN 38301

Teresa Anne Joyner
4528 Wickers Pond Road
Vernon, FL 32462

Marc Christopher Anthony
4528 Wickers Pond Road
Vernon, FL 32462

DONALD K. BYRD

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

State File Number: 2019.041699

**1. DECEDENT'S LEGAL NAME:** LORRAINE ROSE ANTHONY

**2. SEX:** UNKNOWN

**4. DATE OF DEATH:** 05/28/1998

**7. PLACE OF DEATH:** SANTA CLARA, CA

**8a. PLACE OF DEATH:** DEPARTMENT

**9a. FACILITY NAME:** ERLANGER MEDICAL CENTER

**9b. CITY OR TOWN:** CHATTANOOGA

**9c. COUNTY OF DEATH:** HAMILTON

**10. MARITAL STATUS:** MARRIED

**11. SURVIVING SPOUSE (name prior to first marriage):** ROBERT PICKETT ANTHONY

**12a. DECEDENT'S USUAL OCCUPATION:** HOMEMAKER

**12b. KIND OF BUSINESS/INDUSTRY:** DOMESTIC

**13a. SOCIAL SECURITY NUMBER:** 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

**13b. RESIDENCE-STATE OR FOREIGN COUNTRY:** TENNESSEE

**13c. COUNTY:** MADISON

**13d. CITY OR TOWN:** JACKSON

**13e. STREET AND NUMBER:** 18 RACHEL DR. 7

**13f. INSIDE CITY LIMITS:** YES

**13g. ZIP CODE:** 38305

**14. DECEDENT'S EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED

**15. RESIDENT OF HISPANIC ORIGIN:** NO; NOT SPANISH/HISPANIC/LATINO

**16. DECEDENT'S RACE (CHOOSE ONE OR MORE) (ENGLISH/EUROPEAN/PORTUGUESE):**

**17. FATHER'S NAME:** ANTHONY SILVA

**18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** MARY FERRERA

**19a. INFORMANT'S NAME:** TERESA ANNE JOYNES

**19b. RELATIONSHIP TO DECEDENT:** DAUGHTER

**19c. MAILING ADDRESS:** 4126 WICKERPOND RD., VERNON, FL 32467

**20a. METHOD OF DISPOSITION:** CREMATION, REMOVAL FROM STATE

**20b. PLACE OF DISPOSITION:** LANE FH & CREMATORY 3, CREST

**20c. LOCATION:** ROSSVILLE, GA

**21a. SIGNATURE OF FUNERAL DIRECTOR:** /s/ GUY DAVID KELLER

**21b. LICENSE NUMBER:** 4383

**23. NAME AND ADDRESS OF FUNERAL HOME:** LANE FUNERAL HOME, 201 ASHLAND TERRACE, CHATTANOOGA, TN 37415-3533

**24. LICENSE NUMBER:** 310

**26. REGISTRAR'S SIGNATURE:** /s/ EDWARD GIBSON JR III

**27. DATE FILED:** 07/23/2019

**28. CERTIFIER:**

To the best of my knowledge, death occurred at the date, time, and place, and due to the cause(s) and manner stated.

**37c. LICENSE NUMBER:** 61072

**37d. DATE SIGNED:** 07/23/2019

**37a. NAME:** /s/ JEREMY GREENBERG

**37b. PRINTED NAME:** JEREMY GREENBERG

**37e. ADDRESS:** 979 EAST 3RD STREET, CHATTANOOGA, TN 37403

**CAUSE OF DEATH:**

IMMEDIATE CAUSE: ACUTE ON CHRONIC HYPOXEMIC RESPIRATORY FAILURE
DUE TO (OR AS A CONSEQUENCE OF): TRACHEOSTOMY MALPOSITION
DUE TO (OR AS A CONSEQUENCE OF): CHRONIC CRITICAL ILLNESS
DUE TO (OR AS A CONSEQUENCE OF):

**32. MANNER OF DEATH:** NATURAL

**31. DID TOBACCO USE CONTRIBUTE TO DEATH:** NO

**33. IF FEMALE:** NOT PREGNANT WITHIN PAST YEAR

I hereby certify the above to be a true and correct representation of the record of document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certificate. Reproduction of this document is prohibited.

Tennessee Code Annotated §68-3-101 et seq., Vital Records Act of 1977.

Edward S. Bishop II
State Registrar

1126851 7

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony
ADDRESS:
DATE OF BIRTH: 06/09/1966 SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Joyner
RELATIONSHIP: Daughter & Administrator of Estate
ADDRESS: 4528 Witters Pond Road, Vernon, FL 38462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospital - Chattanooga
709 Walnut Street, Chattanooga, TN 37402-1916

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors**

FROM:    All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Mitch Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to  _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s): The Higgins Firm, PLLC
525 4th Ave. South, Nashville, TN 37210

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the herein civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services, (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administratix_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_ 20 _20_.

_____
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347544
EXPIRES: June 23, 2023

# HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
## INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

**1. PATIENT IDENTIFICATION**

PRINTED NAME: _Lorraine Anthony_

ADDRESS:

DATE OF BIRTH: _06|29|1936_ SOCIAL SECURITY NO.: _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_

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: _Teresa Joyner_

RELATIONSHIP: _Daughter & Administratrix of Estate_

ADDRESS: _4528 Withers Pond Road, Vernon, FL 33462_

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors**

FROM: _All Records_

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autops., Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to  Lorraine  Anthony

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF
THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR
HIV/AIDS RECORDS.

6. **PURPOSE OF DISCLOSURE/USE: CIVIL LITIGATION**

7. **TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or
organization(s) :  Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

8. RE-DISCLOSURE: I understand the information disclosed by this Authorization may be subject to re-
disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and
Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal
responsibility or liability for disclosure of the above information to the extent indicated and authorized
herein.

9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already
been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may
revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing
the health information. Unless revoked, this Authorization will expire at the occurrence of the following
event: final conclusion of the pending civil case.

10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING
DISCLOSURE: I understand that I do not have to sign this Authorization and that my treatment or payment
for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can
inspect or copy the Health Information to be used or disclosed. I may use and receive a copy of this
Authorization. I authorize the herein named person and/or organization to disclose the Health Information
specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services
(such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in
accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this
Authorization are intended and shall be treated as an original.

SIGNATURE: *Teresa Anne Joyner*          DATE:        *1-30-2020*

PRINTED NAME: *TERESA ANNE JOYNER*

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: Daughter & Administrato

THIS AUTHORIZATION WAS SIGNED BY *Teresa Anne Joyner*  WHO WAS
IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_ 20 20 .

_S Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347544
EXPIRES: June 23, 2023

# HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
## INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

### 1. PATIENT IDENTIFICATION

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1986  SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION

PRINTED NAME: Teresa Anne Joyner

RELATIONSHIP: Daughter & Administratix of Estate

ADDRESS: 4528 Witters Pond Road, Vernon, FL 32462

### 3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Kindred Hospital - Chattanooga; Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga; TriStar Centennial Medical Center; HCA Health Services of Tennessee, Inc. d/b/a TriStar Centennial Medical Center; Jennifer A. Johnson, MD, TriStar Centennial Medical Center; Charles T. Brice, MD, Kindred Hospital - Chattanooga; and Charles T. Brice, MD, USA Medical Mall

### 4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors

FROM:  All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record (All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to: _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s) : Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of this above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may use and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail service (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _7-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: Daughter & Administrator

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS ___30___ DAY OF ___January___, 20 _20_.

_____
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # 00 247544
EXPIRES: June 23, 2023

**SENDER: COMPLETE THIS SECTION**

- ■ Ensure items 1, 2, and 3 are completed.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Kindred Hospital – Chattanooga
709 Walnut Street
Chattanooga TN 37402-1916

9590 9118 9956 1777 7360 37

**2. Article Number (Transfer from service label)**
9415 5118 9959 1777 7360 83

PS Form 3811 Facsimile, July 2015 (BDC 3830)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)

X

B. Received By: (Printed Name)     C. Date of Delivery
                                   2-18-20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**3. Service Type**
☑ Certified Mail®

Domestic Return Receipt

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9415 5118 9956 1777 7360 83

**RETURN RECEIPT TRACKING NUMBER**
9590 9118 9956 1777 7360 37

**FEES**
Postage per piece          $3.300
Certified Fee              $3.550
Return Receipt Fee         $2.850
Total Postage & Fees:      $9.700

NASHVILLE

FEB 05 2020

Postmark Here

Anthony 2/8/2020

**ARTICLE ADDRESS TO:**

Kindred Hospital – Chattanooga
709 Walnut Street
Chattanooga TN 37402-1916

Benjamin J. Miller, Attorney
Email: ben@higginsfirm.com

# (H) THE **HIGGINS** FIRM
### Attorneys at Law

February 5, 2020

**VIA CERTIFIED MAIL**
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

|  |  |  |
|---|---|---|
| **Re:** | **Patient:** | **Lorraine Anthony** |
|  | **Date of Birth:** | **June 29, 1936** |
|  | **Claimant:** | **Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony, and on behalf of the surviving spouse and wrongful death beneficiaries of Lorraine Anthony, deceased 4528 Wickers Pond Road Vernon, FL 32462-3061** |
|  | **Relation to Patient:** | **Daughter and Administratrix of the Estate** |

To Whom It May Concern:

This office represents Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony and on behalf of the wrongful death beneficiaries of Lorraine Anthony, and pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Lorraine Anthony.

Please also let this notice serve as a request for your records on Lorraine Anthony. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Joyner is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely,

THE HIGGINS FIRM, PLLC

Benjamin J. Miller

BJM/bjf

Enclosures

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

TriStar Centennial Medical Center
Attn. Administrator: Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
One Park Plaza
Nashville, TN 37203-6527

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
Attn.: Legal Dept.
P.O. Box 750
Nashville, TN 37202-0750

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
c/o Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Charles T. Brice, MD
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Charles T. Brice, MD
USA Medical Mall
979 E 3rd Street, Ste. 300
Chattanooga, TN 37403-2187

# IN THE PROBATE COURT FOR MADISON COUNTY, TENNESSEE

IN RE:                          )
                                )
LORRAINE ANTHONY                )        CASE NO. 20-1805
                                )
DECEASED.                       )

## ORDER FOR APPOINTMENT OF ADMINISTRATRIX

This matter came to be heard on the 30th day of January, 2020 upon Petitioner Teresa Anne Joyner's verified Petition for Letters of Administration in the estate of Lorraine Anthony, who died intestate on July 22, 2019, a resident of Madison County, Tennessee. It appears from the evidence provided to the Court that Teresa Anne Joyner is an interested party as the daughter of the Decedent.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:**

(a)  That Teresa Anne Joyner be appointed as the Administratrix;

(b)  That Letters of Administration issue to Personal Representative, Teresa Anne Joyner, of 4528 Wickers Pond Road, Vernon, Florida 32462;

(c)  That the requirements for bond is hereby reserved pending filing of inventory and further order of this court; inventory shall be filed within 60 days; accounting shall be submitted within 15 months and annually thereafter;

(d)  That the Bureau of TennCare be notified of these proceedings;

(e)  That Notice of Publication be commenced according to law;

(f)  For such other, further and general relief as the justice of this Petition may require.

ENTERED THIS 30th DAY OF January, 2020.

HONORABLE JUDGE

**APPROVED FOR ENTRY:**

DONALD K. BYRD, BPR#033231
The Higgins Firm
525 Fourth Ave. S.
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 28th day of January, 2020.

Robert Anthony
Forest Cove Nursing Home, Side 4, Room 549
Jackson, TN 38301

Teresa Anne Joyner
4528 Wickers Pond Road
Vernon, FL 32462

Marc Christopher Anthony
4528 Wickers Pond Road
Vernon, FL 32462

DONALD K. BYRD

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER: 2018 041650

**DECEDENT'S LEGAL NAME:** LORENZO PICKETT ANTHONY

**TIME OF DEATH:** UNKNOWN

**DATE OF DEATH:** 05/25/2018

**PLACE OF DEATH / ENFORCEMENT**

**FACILITY NAME:** ERLANGER MEDICAL CENTER
**CITY OR TOWN:** CHATTANOOGA
**COUNTY OF DEATH:** HAMILTON

**MARITAL STATUS:** MARRIED
**SURVIVING SPOUSE:** ROBERT PICKETT ANTHONY
**DECEDENT'S USUAL OCCUPATION:** HOMEMAKER
**KIND OF BUSINESS/INDUSTRY:** DOMESTIC

**SOCIAL SECURITY NUMBER:**
**BIRTHPLACE-STATE OR FOREIGN COUNTRY:** TENNESSEE
**COUNTY:** MADISON
**CITY/TOWN:** JACKSON

**STREET AND NUMBER:** 38 RACHEL DR. 7
**INSIDE CITY LIMITS:** YES
**ZIP CODE:** 33005

**DECEDENT'S EDUCATION:** HIGH SCHOOL GRADUATE (GRADE 12 COMPLETED)
**DECEDENT OF HISPANIC ORIGIN:** NO: NOT SPANISH/HISPANIC/LATINO
**DECEDENT'S RACE:** OTHER (EUROPEAN/PORTUGUESE)

**FATHER'S NAME:** ANTHONY SILVA
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** MARY FERREIRA

**INFORMANT'S NAME:** TERESA ANNE JOYNER
**RELATIONSHIP TO DECEDENT:** DAUGHTER
**MAILING ADDRESS:** CHICKEN POND RD, VERNON, FL 32462

**METHOD OF DISPOSITION:** CREMATION
**PLACE OF DISPOSITION:** LANE FH & CREMATORY 3, CREST
**LOCATION:** ROSSVILLE, GA

**SIGNATURE OF FUNERAL DIRECTOR:** /s/ GUY DAVID KELLER
**LICENSE NUMBER:** 4383

**NAME AND ADDRESS OF FUNERAL HOME:** LANE FUNERAL HOME, 501 ASHLAND TERRACE, CHATTANOOGA, TN 37415

**REGISTRAR SIGNATURE:** /s/ EDWARD G BISHOP III
**DATE FILED:** 07/30/2019

**CERTIFIER:**
B - PRONOUNCING & CERTIFYING PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

**CERTIFIER'S NAME:** /s/ JEREMY GREENBERG
**LICENSE NUMBER:** 51072
**DATE SIGNED:** 07/25/2019

**NAME AND ADDRESS:** JEREMY GREENBERG STREET: 3RD STREET, CHATTANOOGA, TN 37403

**CAUSE OF DEATH:**

IMMEDIATE CAUSE: ACUTE ON CHRONIC HYPOXEMIC RESPIRATORY FAILURE

DUE TO (OR AS A CONSEQUENCE OF): TRACHEOSTOMY MALPOSITION

DUE TO (OR AS A CONSEQUENCE OF): CHRONIC CRITICAL ILLNESS

**WAS AN AUTOPSY PERFORMED?**

**MANNER OF DEATH:** NATURAL
**DID TOBACCO USE CONTRIBUTE TO DEATH:** NO
**IF FEMALE:** NOT PREGNANT WITHIN PAST YEAR

**IF TRANSPORTATION INJURY, SPECIFY:**
**DATE OF INJURY:**
**TIME OF INJURY:**

1268517

I hereby certify that the above is a true and correct representation of the record of document on file in this department. This certified copy is valid only when printed on security paper showing the seal embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated §68-3-101 et seq., Vital Records Act of 1977.

Edward G. Bishop III
State Registrar

# HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
## INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

### 1. PATIENT IDENTIFICATION

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1966  SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION

PRINTED NAME: Teresa Anne Touner

RELATIONSHIP: Daughter & Administrator Of Estate

ADDRESS: 4528 Wikers Pond Road, Vernon, Fl 38463

### 3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Kindred Hospital - Chattanooga, Attn. Administrator; Andrea White, CEO

709 Walnut Street; Chattanooga, TN 37402-1916

### 4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors

FROM: All Records.

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to   Lorraine Anthony

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s):  The Higgins Firm, PLLC
525 4th Ave. South, Nashville, TN 37210

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The Information I am requesting may be sent by U.S. mail services, expedited mail service (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE: *Teresa Anne Joyner*   DATE: 1-30-2020

PRINTED NAME: TERESA ANNE JOYNER

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: Daughter & Administratrix

THIS AUTHORIZATION WAS SIGNED BY Teresa Anne Joyner   WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS 30 DAY OF January 20 20.

WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347544
EXPIRES: June 23, 2023

# HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
### INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1936  SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Joiner

RELATIONSHIP: Daughter & Administrative of Estate

ADDRESS: 4528 Wilkers Pond Rocd, Vernon, FL 33462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors**

**FROM:    All Records**

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record (All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to **Lorraine Anthony**

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s): Kindred Hospital - Chattanooga, Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a Notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may use and receive a copy of this Authorization. I authorize the above named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administrative_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_, 20 _20_.

_____
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN.
MY COMMISSION # GG 247544
EXPIRES: June 23, 2023

# HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
## INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

### 1. PATIENT IDENTIFICATION

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1966  SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION

PRINTED NAME: Teresa Anne Joyner

RELATIONSHIP: Daughter & Administratix of Estate

ADDRESS: 4528 Wickers Pond Road, Vernon, FL 32462

### 3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Kindred Hospital - Chattanooga; Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga; TriStar Centennial Medical Center; HCA Health Services of Tennessee, Inc. d/b/a TriStar Centennial Medical Center; Jennifer A. Johnson, MD, TriStar Centennial Medical Center; Charles T. Brice, MD, Kindred Hospital – Chattanooga; and Charles T. Brice, MD, USA Medical Mall

### 4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors

FROM:    All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Image
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slide

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OR DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s): Kindred Hospital - Chattanooga, Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named parties and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon, or other copies of this Authorization are intended and shall be created as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter ; Administratrix_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_, 20 _20_.

_____
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 247544
EXPIRES: June 23, 2023



**SENDER: COMPLETE THIS SECTION**

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga TN 37402-1916

9490 9118 9956 1777 7144 48

2. Article Number (Transfer from service label)
9415 5118 9956 1777 7144 94

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:              ☐ No

3. Service Type
☑ Certified Mail®

Domestic Return Receipt

---



**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9415 5118 9956 1777 7144 94

RETURN RECEIPT TRACKING NUMBER
9490 9118 9956 1777 7144 48

**ARTICLE ADDRESS TO:**

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga TN 37402-1916

**FEES**

| | |
|---|---|
| Postage per piece | $3.300 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| Total Postage & Fees | $9.700 |

NASHVILLE, TN 37202

FEB 05 2020

Postmark
Here

Anthonys 2/5/2020

Benjamin J. Miller, Attorney
Email: ben@higginsfirm.com

# (H) THE **HIGGINS** FIRM
### Attorneys at Law

February 5, 2020

**VIA CERTIFIED MAIL**
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

|  |  |  |
|---|---|---|
| **Re:** | **Patient:** | **Lorraine Anthony** |
|  | **Date of Birth:** | **June 29, 1936** |
|  | **Claimant:** | **Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony, and on behalf of the surviving spouse and wrongful death beneficiaries of Lorraine Anthony, deceased 4528 Wickers Pond Road Vernon, FL 32462-3061** |
|  | **Relation to Patient:** | **Daughter and Administratrix of the Estate** |

To Whom It May Concern:

This office represents Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony and on behalf of the wrongful death beneficiaries of Lorraine Anthony, and pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Lorraine Anthony.

Please also let this notice serve as a request for your records on Lorraine Anthony. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Joyner is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely,

THE HIGGINS FIRM, PLLC

Benjamin J. Miller

BJM/bjf

Enclosures

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

TriStar Centennial Medical Center
Attn. Administrator: Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
One Park Plaza
Nashville, TN 37203-6527

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
Attn.: Legal Dept.
P.O. Box 750
Nashville, TN 37202-0750

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
c/o Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Charles T. Brice, MD
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Charles T. Brice, MD
USA Medical Mall
979 E 3rd Street, Ste. 300
Chattanooga, TN 37403-2187

# IN THE PROBATE COURT FOR MADISON COUNTY, TENNESSEE

IN RE: )
)
LORRAINE ANTHONY )   CASE NO. 20-1805
)
DECEASED. )

## ORDER FOR APPOINTMENT OF ADMINISTRATRIX

This matter came to be heard on the 30th day of January, 2020 upon Petitioner Teresa Anne Joyner's verified Petition for Letters of Administration in the estate of Lorraine Anthony, who died intestate on July 22, 2019, a resident of Madison County, Tennessee. It appears from the evidence provided to the Court that Teresa Anne Joyner is an interested party as the daughter of the Decedent.

### IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:

(a)   That Teresa Anne Joyner be appointed as the Administratrix;

(b)   That Letters of Administration issue to Personal Representative, Teresa Anne Joyner, of 4528 Wickere Pond Road, Vernon, Florida 32462;

(c)   That the requirements for bond is hereby reserved pending filing of inventory and further order of this court; inventory shall be filed within 60 days; accounting shall be submitted within 15 months and annually thereafter;

(d)   That the Bureau of TennCare be notified of these proceedings;

(e)   That Notice of Publication be commenced according to law;

(f)   For such other, further and general relief as the justice of this Petition may require.

ENTERED THIS 30th DAY OF January, 2020.

HONORABLE JUDGE

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
525 Fourth Ave. S.
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via US Mail, postage prepaid to the following on this 28th day of January, 2020.

Robert Anthony
Forest Cove Nursing Home, Side 4, Room 549
Jackson, TN 38301

Teresa Anne Joyner
4528 Wickers Pond Road
Vernon, FL 32462

Marc Christopher Anthony
4528 Wickers Pond Road
Vernon, FL 32462

DONALD K. BYRD

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER: 2019.041650

**1. DECEDENT'S LEGAL NAME**
LORRAINE ROSE ANTHONY

**2. SEX** FEMALE

**3. DATE OF DEATH** UNKNOWN

**4a. UNDER 1 YEAR** / **4b. UNDER 1 DAY** / **5. DATE OF BIRTH** 05/29/1936

**6. BIRTHPLACE** SANTA CLARA, CA

**7. PLACE OF DEATH OCCUPATION**

**8a. PLACE OF DEATH** ENLARGED MEDICAL CENTER

**8b. CITY OR TOWN** CHATTANOOGA

**8c. COUNTY OF DEATH** HAMILTON

**9. MARITAL STATUS** MARRIED

**10. SURVIVING SPOUSE** ROBERT PICKETT ANTHONY

**11. DECEDENT'S USUAL OCCUPATION** HOMEMAKER

**12. KIND OF BUSINESS/INDUSTRY** DOMESTIC

**13. SOCIAL SECURITY NUMBER** 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

**14a. RESIDENCE-STATE OR FOREIGN COUNTRY** TENNESSEE

**14b. COUNTY** MADISON

**14c. CITY OR TOWN** JACKSON

**15. STREET AND NUMBER** 93 RACHEL DR. 7

**15a. INSIDE CITY LIMITS** YES

**15b. ZIP CODE** 38305

**16. WAS DECEDENT EVER IN US ARMED FORCES**

**17. DECEDENT'S EDUCATION** HIGH SCHOOL GRADUATE GRADE COMPLETED

**18. DECEDENT OF HISPANIC ORIGIN** NO, NOT SPANISH/HISPANIC/LATINO

**19. DECEDENT'S RACE** OTHER (EUROPEAN, PORTUGUESE)

**20. FATHER'S NAME** ANTHONY SILVA

**21. MOTHER'S NAME PRIOR TO FIRST MARRIAGE** MARY FERRIERA

**22a. INFORMANT'S NAME** TERESA ANNE JOYNES

**22b. RELATIONSHIP TO DECEDENT** DAUGHTER

**22c. MAILING ADDRESS** 4878 RICHMOND RD, YORKIN, FL 33467

**23. METHOD OF DISPOSITION** CREMATION, REMOVAL FROM STATE

**23a. PLACE OF DISPOSITION** LAKE FH & CREMATORY 3, CREST

**23b. LOCATION** ROSSVILLE, GA

**24. SIGNATURE OF FUNERAL DIRECTOR** /s/ GUY DAVID KELLER

**24a. LICENSE NUMBER** 4383

**24b. SIGNATURE OF EMBALMER**

**25. NAME AND ADDRESS OF FUNERAL HOME** LAKE FUNERAL HOME, 901 ASHLAND TERRACE, CHATTANOOGA, TN 37415-3533

**26. REGISTRAR'S SIGNATURE** /s/ EDWARD O BISHOFHD

**27. DATE FILED** 07/23/2019

**28. CERTIFIER**
28. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
28. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

**28a. SIGNATURE** /s/ JEREMY GREENBERG

**29. LICENSE NUMBER** 51072

**30. DATE SIGNED** 07/23/2019

**31. NAME AND ADDRESS** JEREMY GREENBERG, 6TH EAST 3RD STREET, CHATTANOOGA, TN 37403

**32. PART I** ENTER THE CHAIN OF EVENTS

a. IMMEDIATE CAUSE
ACUTE ON CHRONIC HYPOXEMIC RESPIRATORY FAILURE
DUE TO (OR AS A CONSEQUENCE OF):

b.
TRACHEOSTOMY MALPOSITION
DUE TO (OR AS A CONSEQUENCE OF):

c.
CHRONIC CRITICAL ILLNESS
DUE TO (OR AS A CONSEQUENCE OF):

**33. WAS AN AUTOPSY PERFORMED** NO
**34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH**

**35. MANNER OF DEATH** NATURAL

**36. DID TOBACCO USE CONTRIBUTE TO DEATH** NO

**37. IF FEMALE** NOT PREGNANT WITHIN PAST YEAR

**38. TRANSPORTATION**

**39. DATE OF INJURY** / **39b. TIME OF INJURY**

**39c. INJURY AT WORK** / **39d. PLACE OF INJURY**

**39e. DESCRIBE HOW INJURY OCCURRED**

**39f. LOCATION OF INJURY**

I hereby certify (was) able to be a true and correct representation of the record of death/on file in this document. This certified copy is valid only when printed on security paper showing the seal embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certificate. Reproduction of this document is prohibited.

Tennessee Code Annotated §68-3-101 et seq., Vital Records Act of 1977.

1 1268517

Secretary of State
STATE REGISTRAR

JUL 1 2 2019

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1986   SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Touner

RELATIONSHIP: November 3 Administrator of Estate

ADDRESS: 452 Waters Pond Road, Vernon, Fl 38462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga

709 Walnut Street, Chattanooga, TN 37402-1916.

**4. HEALTH INFORMATION TO BE DISCLOSED, including records/documents received from any other health care providers, therapists, or counselors**

FROM:   All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy, Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthesis Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ("All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records'
Any and all other records in your possession pertaining to ___Lorraine Anthony___

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.

6. **PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

7. **TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s): The Higgins Firm, PLLC
525 4th Ave. South, Nashville, TN 37210

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

10. **RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: Daughter & Administratrix

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_ 20 _20_ .

_S. Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347544
EXPIRES: June 23, 2023

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine, Anthony
ADDRESS:
DATE OF BIRTH: 06/29/1936  SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Joyner
RELATIONSHIP: Daughter & Administratrix of Estate.
ADDRESS: 4528 Wilkers Pond Road, Vernon, FL 33462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors**

FROM:  All Records .

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record.
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photo/Video/Digital Image
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to.  _Lorraine  Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF
THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR
HIV/AIDS RECORDS.

6. PURPOSE OF DISCLOSURE/USE:  CIVIL LITIGATION

7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:
    I Authorize the disclosure and use of the Health Information described above to the following person(s) or
organization(s) :  Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
                709 Walnut Street
                Chattanooga, TN 37402-1916

8. RE-DISCLOSURE: I understand the information disclosed by this Authorization may be subject to re-
disclosure by the recipient(s) and may longer be protected by the Health Insurance Portability and
Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal
responsibility or liability for disclosure of the above information to the extent indicated and authorized
herein.

9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already
been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may
revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing
the health information. Unless revoked, this Authorization will expire at the occurrence of the following
event: final conclusion of the pending civil case.

10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING
DISCLOSURE: I understand that I do not have to sign this Authorization and that my treatment or payment
for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I am
suppose of copy the Health Information to be used or disclosed. I may see and receive a copy of this
Authorization. I authorize the herein named person and/or organization to disclose the Health Information
specified above. This Information I am requesting may be sent by U.S. mail services, expedited mail service
(such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in
accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this
Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_    DATE:  _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: Daughter & Administrative

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS
IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_ 20 _20_.

                                    _[signature]_
                                    WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347544
EXPIRES: June 23, 2023

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1986  SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Joyner

RELATIONSHIP: Daughter & Administratrix of Estate

ADDRESS: 4528 Witters Pond Road, Vernon, FL 33460

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospital - Chattanooga; Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga; TriStar Centennial Medical Center; HCA Health Services of Tennessee, Inc. d/b/a TriStar Centennial Medical Center; Jennifer A. Johnson, MD, TriStar Centennial Medical Center, Charles T. Brice, MD, Kindred Hospital - Chattanooga and Charles T. Brice, MD, USA Medical Mall

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors**

FROM:    All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
· Complete Emergency Medical Transport & Health Record
· Complete Autopsy Report, Autopsy Photographs &  Toxicology Report
· Complete Health Record from Physician's Office or Clinic or Chiropractor
· Complete Pharmacy/Prescription Record
· Complete Nursing Home Record
· Complete Funeral Home Record
· Complete Durable Medical Equipment Record/Medical Supply Record
· Complete Prosthesis Equipment & Fitting Record
· Complete Dental Record
· Radiology Reports and Radiology Studies (Films & Images)
· Laboratory Test Results/Pathology Reports/Pathology Slides
· Photographs, Videotapes and Digital Images
· Complete Inpatient and Outpatient Health Record
· Emergency Room Record
· History & Physical Exam
· Discharge Summary
· Consultation Reports
· Progress Notes
· Laboratory Test Results
· Radiology Reports
· Radiology Studies (Films & Images) to Match Attached Reports
· Operative Reports
· Pathology Reports
· Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record (All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to ___Lorraine Anthony___

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE: CIVIL LITIGATION**

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s):    Kindred Hospital: Limited Partnership d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a Notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. This information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE ___Teresa Anne Joyner___  DATE: ___1-30-2020___

PRINTED NAME: ___TERESA ANNE JOYNER___

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: ___Daughter ; Administratrix___

THIS AUTHORIZATION WAS SIGNED BY ___Teresa Anne Joyner___ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS ___30___ DAY OF ___January___, 20 _20_.

___[signature]___
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347544
EXPIRES: June 23, 2023

SENDER: COMPLETE THIS SECTION

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga TN 37402-1916

9480 9118 9956 1777 7107 92

2. Article Number (Transfer from service label)
9415 5118 9956 1777 7107 00

PS Form 3811 Facsimile, July 2015 (SDC 3920)

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ( ☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)                    C. Date of Delivery
                                                   2-08-21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail®

Domestic Return Receipt



U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9415 5118 9956 1777 7107 00

RETURN RECEIPT TRACKING NUMBER
9480 9118 9956 1777 7107 92

ARTICLE ADDRESS TO:

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga TN 37402-1916

FEES

Postage per piece     $3.300
Certified Fee         $3.550
Return Receipt Fee    $2.850
Total Postage & Fees: $9.700

NASHVIL   37202
FEB 05 2020

Postmark
Here

Anthony  2/5/2020

# THE **HIGGINS** FIRM
### Attorneys at Law

Benjamin J. Miller, Attorney
Email: ben@higginsfirm.com

February 5, 2020

**VIA CERTIFIED MAIL**
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

|  |  |  |
|---|---|---|
| Re: | **Patient:** | **Lorraine Anthony** |
|  | **Date of Birth:** | **June 29, 1936** |
|  | **Claimant:** | **Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony, and on behalf of the surviving spouse and wrongful death beneficiaries of Lorraine Anthony, deceased 4528 Wickers Pond Road Vernon, FL 32462-3061** |
|  | **Relation to Patient:** | **Daughter and Administratrix of the Estate** |

To Whom It May Concern:

This office represents Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony and on behalf of the wrongful death beneficiaries of Lorraine Anthony, and pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Lorraine Anthony.

Please also let this notice serve as a request for your records on Lorraine Anthony. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Joyner is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely,

THE HIGGINS FIRM, PLLC

Benjamin J. Miller

BJM/bjf

Enclosures

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

TriStar Centennial Medical Center
Attn. Administrator: Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
One Park Plaza
Nashville, TN 37203-6527

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
Attn.: Legal Dept.
P.O. Box 750
Nashville, TN 37202-0750

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
c/o Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Charles T. Brice, MD
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Charles T. Brice, MD
USA Medical Mall
979 E 3rd Street, Ste. 300
Chattanooga, TN 37403-2187

# IN THE PROBATE COURT FOR MADISON COUNTY, TENNESSEE

IN RE:       )

LORRAINE ANTHONY       )    CASE NO. 20-1805

      )

DECEASED.       )

## ORDER FOR APPOINTMENT OF ADMINISTRATRIX

This matter came to be heard on the 30th day of January, 2020 upon Petitioner Teresa Anne Joyner's verified Petition for Letters of Administration in the estate of Lorraine Anthony, who died intestate on July 22, 2019, a resident of Madison County, Tennessee. It appears from the evidence provided to the Court that Teresa Anne Joyner is an interested party as the daughter of the Decedent.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:

(a) That Teresa Anne Joyner be appointed as the Administratrix;

(b) That Letters of Administration issue to Personal Representative, Teresa Anne Joyner, of 4528 Wickers Pond Road, Vernon, Florida 32462;

(c) That the requirements for bond is hereby reserved pending filing of inventory and further order of this court; inventory shall be filed within 60 days; accounting shall be submitted within 15 months and annually thereafter;

(d) That the Bureau of TennCare be notified of these proceedings;

(e) That Notice of Publication be commenced according to law;

(f) For such other, further and general relief as the justice of this Petition may require.

ENTERED THIS 30th DAY OF January, 2020.

HONORABLE JUDGE

APPROVED FOR ENTRY:

_Dul Kul_

**DONALD K. BYRD, BPR#033231**
The Higgins Firm
525 Fourth Ave, S.
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 28th day of January, 2020.

Robert Anthony
Forest Cove · Nursing Home, Side 4, Room 549
Jackson, TN 38301

Teresa Anne Joyner
4528 Wickers Pond Road
Vernon, FL 32462

Marc Christopher Anthony
4528 Wickers Pond Road
Vernon, FL 32462

**DONALD K. BYRD**

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER 2019 041630

**DECEDENT**

1. DECEDENT'S LEGAL NAME: LORRAINE ROSE ANTHONY

2. TIME OF DEATH: UNKNOWN — 4. AGE: 83

4A. UNDER 1 YEAR — 4B. UNDER 1 DAY

5. DATE OF BIRTH: 05/28/1936

6. SEX: FEMALE

7. BIRTHPLACE: SANTA CLARA, CA

8. PLACE OF DEATH: ER/OUTPATIENT

8B. FACILITY NAME: ERLANGER MEDICAL CENTER

8C. CITY OR TOWN: CHATTANOOGA

8D. COUNTY OF DEATH: HAMILTON

9. MARITAL STATUS: MARRIED

10. SURVIVING SPOUSE: ROBERT PICKETT ANTHONY

11A. DECEDENT'S USUAL OCCUPATION: HOMEMAKER

11B. KIND OF BUSINESS/INDUSTRY: DOMESTIC

12. SOCIAL SECURITY NUMBER: XXX-XX-XXXX

13A. RESIDENCE-STATE OR FOREIGN COUNTRY: TENNESSEE

13B. COUNTY: MADISON

13C. CITY OR TOWN: JACKSON

13D. STREET AND NUMBER: 15 RACHEL DR. 7

13E. INSIDE CITY LIMITS: YES

13F. ZIP CODE: 38305

13G. WAS DECEDENT EVER IN US ARMED FORCES?

14. DECEDENT'S EDUCATION: HIGH SCHOOL GRADUATE COMPLETED

15. DECEDENT OF HISPANIC ORIGIN: NO; NOT SPANISH/HISPANIC/LATINO

16. DECEDENT'S RACE: OTHER (EUROPEAN, PORTUGUESE)

**PARENTS**

17. FATHER'S NAME: ANTHONY SILVA

18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: MARY FERRIERA

**INFORMANT**

19A. INFORMANT'S NAME: TERESA ANNE JOYNER

19B. RELATIONSHIP TO DECEDENT: DAUGHTER

19C. MAILING ADDRESS: 459 WICKFIELD RD., VERO BEACH, FL 32962

**DISPOSITION**

20A. METHOD OF DISPOSITION: CREMATION REMOVAL FROM STATE

20B. PLACE OF DISPOSITION: LANE FH & CREMATORY 2, CREST

20C. LOCATION: ROSSVILLE, GA

21A. SIGNATURE OF FUNERAL DIRECTOR: /s/ GUY DAVID KELLER

21B. LICENSE NUMBER: 4383

22. SIGNATURE OF LICENSEE

23. LICENSE NUMBER

24A. NAME AND ADDRESS OF FUNERAL FACILITY: LANE FUNERAL HOME, 201 ASHLAND TERRACE, CHATTANOOGA, TN 37415-3333

24B. LICENSE NUMBER: 310

**REGISTRAR**

25. REGISTRAR'S SIGNATURE: /s/ EDWARD G BISCHOFF

26. DATE FILED: 07/23/2019

**CERTIFIER**

27. CERTIFIER: PHYSICIAN — TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

28A. LICENSE NUMBER: 61072

28B. DATE SIGNED: 07/23/2019

29A. NAME AND ADDRESS: JEREMY GREENBERG 310 EAST 3RD STREET, CHATTANOOGA, TN 37403

27. CERTIFIER'S NAME: /s/ JEREMY GREENBERG

**MEDICAL CERTIFICATION**

31. PART I: IMMEDIATE CAUSE:

a. ACUTE ON CHRONIC HYPOXEMIC RESPIRATORY FAILURE
DUE TO (OR AS A CONSEQUENCE OF):

b. TRACHEOSTOMY MALPOSITION
DUE TO (OR AS A CONSEQUENCE OF):

c. CHRONIC CRITICAL ILLNESS
DUE TO (OR AS A CONSEQUENCE OF):

32. WAS AN AUTOPSY PERFORMED? NO

33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

35. MANNER OF DEATH: NATURAL

36. DID TOBACCO USE CONTRIBUTE TO DEATH? NO

37. IF FEMALE: NOT PREGNANT WITHIN PAST YEAR

38. TRANSPORTATION INJURY

39A. DATE OF INJURY

39B. TIME OF INJURY

39C. INJURY AT WORK?

39D. PLACE OF INJURY

39E. DESCRIBE HOW INJURY OCCURRED

39F. LOCATION OF INJURY

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certificate. Reproduction of this document is prohibited.

Tennessee Code Annotated § 68-3-101 et seq., Vital Records Act of 1977.

Edward G Bischoff
State Registrar

1 1268517

CERTIFICATION OF VITAL RECORD

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH**
**INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1966 SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Tourner

RELATIONSHIP: Daughter & Administrator of Estate

ADDRESS: 452 Witters Pond Road, Vernon, FL 32460

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
680 South 4th Street, Louisville, KY 40202-2407

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any**
**other health care providers, therapists, or counselors**

FROM:    All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT
LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) → Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record (All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s): The Higgins Firm, PLLC
525 4th Ave. South, Nashville, TN 37210

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary, and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can request or stop the Health information to be used or disclosed. I may use and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_  DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administratrix_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS
IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _Jan_ 20 _20_.

_S. Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347544
EXPIRES: June 28, 2023

# HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
## INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

### 1. PATIENT IDENTIFICATION

PRINTED NAME: Lorraine Anthony
ADDRESS:
DATE OF BIRTH: 06/29/1936   SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION

PRINTED NAME: Terresc Joyner
RELATIONSHIP: Daughter & Administratrix of Estate
ADDRESS: 4528 Winkers Pond Road, Vernon, FL 35462

### 3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

### 4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors.

**FROM:** All Records

**HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:**
Complete Emergency Medical Treatment & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record (All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s) : Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

**8. RE-DISCLOSURE.** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to this Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE.** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may use and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail service (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_   DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administrator_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_, 20 _20_.

_Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # OG 347644
EXPIRES: June 23, 2023

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH**
**INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1966 SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Joiner
RELATIONSHIP: Daughter ; Administrator Of Estate
ADDRESS: 4528 Withers Pond Road, Vernon, FL 32462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospital - Chattanooga; Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga; TriStar Centennial Medical Center, HCA Health Services of Tennessee, Inc. d/b/a TriStar Centennial Medical Center; Jennifer A. Johnson, MD, TriStar Centennial Medical Center, Charles T. Brice, MD, Kindred Hospital - Chattanooga; and Charles T. Brice, MD, USA Medical Mall

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors.**

FROM: All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractic
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record (All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS:** DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s) : Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administratix_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_, 20 _20_.

_____
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 247544
EXPIRES: June 23, 2023



**SENDER: COMPLETE THIS SECTION**

■ Ensure items 1, 2, and 3 are complete.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Addressee or ☑ Agent

B. Received By: (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FEB 0 7

1. Article Addressed to:

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville KY 40202-2407

9490 9118 9956 1777 7111 88

3. Service Type ☑ Certified Mail®

2. Article Number (Transfer from service label)
9415 5118 9956 1777 71

Domestic Return Receipt

PS Form 3811 Facsimile, July 2015 (SDC 3830)



**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9415 5118 9956 1777 7111 41

RETURN RECEIPT TRACKING NUMBER
9490 9118 9956 1777 7111 88

**FEES**
Postage per piece    $3.300
Certified Fee        $3.350
Return Receipt Fee   $2.850
Total Postage & Fees: $9.700

NASHVILLE
FEB 05 2020
37202

Postmark
Here

Anthony 2/5/2020

ARTICLE ADDRESS TO:

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville KY 40202-2407

Benjamin J. Miller, Attorney
Email: ben@higginsfirm.com

# THE **HIGGINS** FIRM
### Attorneys at Law

February 5, 2020

**VIA CERTIFIED MAIL**
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

|  | | |
|---|---|---|
| Re: | Patient: | **Lorraine Anthony** |
| | Date of Birth: | **June 29, 1936** |
| | Claimant: | **Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony, and on behalf of the surviving spouse and wrongful death beneficiaries of Lorraine Anthony, deceased** |
| | | **4528 Wickers Pond Road** |
| | | **Vernon, FL 32462-3061** |
| | Relation to Patient: | **Daughter and Administratrix of the Estate** |

To Whom It May Concern:

This office represents Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony and on behalf of the wrongful death beneficiaries of Lorraine Anthony, and pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Lorraine Anthony.

Please also let this notice serve as a request for your records on Lorraine Anthony. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Joyner is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely,

THE HIGGINS FIRM, PLLC

Benjamin J. Miller

BJM/bjf

Enclosures

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

TriStar Centennial Medical Center
Attn. Administrator: Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
One Park Plaza
Nashville, TN 37203-6527

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
Attn.: Legal Dept.
P.O. Box 750
Nashville, TN 37202-0750

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
c/o Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Charles T. Brice, MD
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Charles T. Brice, MD
USA Medical Mall
979 E 3rd Street, Ste. 300
Chattanooga, TN 37403-2187

## IN THE PROBATE COURT FOR MADISON COUNTY, TENNESSEE

IN RE:                              )
                                    )
**LORRAINE ANTHONY**                )      CASE NO. 20-1805
                                    )
**DECEASED.**                       )

### ORDER FOR APPOINTMENT OF ADMINISTRATRIX

This matter came to be heard on the 30th day of January, 2020 upon Petitioner Teresa Anne Joyner's verified Petition for Letters of Administration in the estate of Lorraine Anthony, who died intestate on July 22, 2019, a resident of Madison County, Tennessee. It appears from the evidence provided to the Court that Teresa Anne Joyner is an interested party as the daughter of the Decedent.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:**

(a)   That Teresa Anne Joyner be appointed as the Administratrix;

(b)   That Letters of Administration issue to Personal Representative, Teresa Anne Joyner, of 4528 Wickers Pond Road, Vernon, Florida 32462;

(c)   That the requirements for bond is hereby reserved pending filing of inventory and further order of this court; inventory shall be filed within 60 days; accounting shall be submitted within 15 months and annually thereafter;

(d)   That the Bureau of TennCare be notified of these proceedings;

(e)   That Notice of Publication be commenced according to law;

(f)   For such other, further and general relief as the justice of this Petition may require.

ENTERED THIS 30th DAY OF January, 2020.

_____
HONORABLE JUDGE

**APPROVED FOR ENTRY:**

DONALD K. BYRD, BPR#033231
The Higgins Firm
525 Fourth Ave. S.
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 28th day of January, 2020.

Robert Anthony
Forest Cove: Nursing Home, Side 4, Room 549
Jackson, TN 38301

Teresa Anne Joyner
4528 Wickers Pond Road
Vernon, FL 32462

Marc Christopher Anthony
4528 Wickers Pond Road
Vernon, FL 32462

DONALD K. BYRD

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER 2019-041650

| DECEDENT'S LEGAL NAME | | | | | | SEX | DATE OF DEATH |
| LORRAINE M ANTHONY | | | | | | FEMALE | 07/28/2019 |

| TIME OF DEATH | AGE | UNDER 1 YEAR | UNDER 1 DAY | DATE OF BIRTH | BIRTHPLACE |
| UNKNOWN | 69 | MONTHS DAYS | HOURS MINUTES | 09/26/1950 | SANTA CLARA, CA |

PLACE OF DEATH
HOSPITAL-INPATIENT

| FACILITY NAME | CITY OR TOWN | COUNTY OF DEATH |
| ERLANGER MEDICAL CENTER | CHATTANOOGA | HAMILTON |

| MARITAL STATUS | SURVIVING SPOUSE Name prior to first marriage | DECEDENT'S USUAL OCCUPATION | KIND OF BUSINESS/INDUSTRY |
| MARRIED | ROBERT PICKETT ANTHONY | HOMEMAKER | DOMESTIC |

| SOCIAL SECURITY NUMBER | RESIDENCE-STATE OR FOREIGN COUNTRY | COUNTY | CITY OR TOWN |
| | TENNESSEE | HAMILTON | JACKSON |

| STREET AND NUMBER | INSIDE CITY LIMITS | ZIP CODE | WAS DECEDENT EVER IN US ARMED FORCES? |
| 18 RACHEL DR. ? | YES | 37343 | NO |

| DECEDENT'S EDUCATION | DECEDENT OF HISPANIC ORIGIN? | DECEDENT'S RACE |
| HIGH SCHOOL GRADUATE GRADE 12 COMPLETED | NO, NOT SPANISH/HISPANIC/LATINO | OTHER (EUROPEAN/PORTUGUESE) |

| FATHER'S NAME | MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
| ANTHONY SILVA | MARY FERRERA |

| INFORMANT'S NAME | RELATIONSHIP TO DECEDENT | MAILING ADDRESS |
| TERESA ANNE JOYNES | DAUGHTER | 1109 WICKER POND RD, VERNON, FL 32461 |

DISPOSITION

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
| CREMATION ASSIGNAL FROM STATE | LANE FH & CREMATORY G. CREST | ROSSVILLE, GA |

| SIGNATURE OF FUNERAL DIRECTOR | LICENSE NUMBER | SIGNATURE OF EMBALMER |
| /s/ GUY DAVID KELLER | 4383 | |

| NAME AND ADDRESS OF FUNERAL HOME | | LOCAL REGISTRAR |
| LANE FUNERAL HOME, 901 ASHLAND TERRACE, CHATTANOOGA, TN 37415-3333 | | |

| REGISTRAR'S SIGNATURE | DATE FILED |
| /s/ EDWARD C BRINGHURST | 07/28/2019 |

CERTIFIER

| | PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | |
| | MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | |

| SIGNATURE OF CERTIFIER | LICENSE NUMBER | DATE SIGNED |
| /s/ JEREMY GREENBERG | 51072 | 07/28/2019 |

| NAME AND ADDRESS | |
| JEREMY GREENBERG 979 EAST 3RD STREET, CHATTANOOGA, TN 37403 | |

| IMMEDIATE CAUSE | ACUTE ON CHRONIC HYPOXEMIC RESPIRATORY FAILURE | ONSET TO DEATH |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| b. | TRACHEOSTOMY MALPOSITION | |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| c. | CHRONIC CRITICAL ILLNESS | |
| | DUE TO (OR AS A CONSEQUENCE OF) | |

| PART II | WAS AN AUTOPSY PERFORMED | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |

| MANNER OF DEATH | DID TOBACCO USE CONTRIBUTE TO DEATH | IF FEMALE |
| NATURAL | NO | NOT PREGNANT WITHIN PAST YEAR |

| IF TRANSPORTATION INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK? | PLACE OF INJURY |

| DESCRIBE HOW INJURY OCCURRED | LOCATION OF INJURY |

I hereby certify the above to be a true and correct representation of the facts of documentation on file in this department. This certified copy is valid only when printed on security paper showing the seal embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certificate. Any duplication of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

/s/ Edward C. Bringhurst III
Edward C. Bringhurst
State Registrar

## HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
## INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

### 1. PATIENT IDENTIFICATION

PRINTED NAME: Lorraine Anthony
ADDRESS:
DATE OF BIRTH: 06/29/1956 SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION

PRINTED NAME: Teresa Anne Joyner
RELATIONSHIP: Daughter & Administrator of Estate
ADDRESS: 4528 Wickers Pond Road, Vernon, FL 30460

### 3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
680 South Fourth St., One Vencor Place, Louisville, KY 40202-2407

### 4. HEALTH INFORMATION TO BE DISCLOSED, including records/documents received from any other health care providers, therapists, or counselors

FROM: All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractic
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to ___Lorraine, Anthony___

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s): The Higgins Firm, PLLC
525 4th Ave. South, Nashville, TN 37210

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the familial civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail service (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administratrix_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS
IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _Januar_ 20 _20_.

_S. Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 247544
EXPIRES: June 23, 2023

## HIPAA COMPLIANT
## AUTHORIZATION FOR USE & DISCLOSURE OF
## INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony

ADDRESS:

DATE OF BIRTH: 06/29/1956  SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Joyner

RELATIONSHIP: Daughter & Administratrix of Estate

ADDRESS: 4528 Withers Pond Road, Vernon, FL 32462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**4. HEALTH INFORMATION TO BE DISCLOSED** including records/documents received from any other health care providers, therapists, or counselors

FROM:    All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE: CIVIL LITIGATION**

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s):
Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail service (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administrix_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_, 20 _20_.

_____
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GO 847544
EXPIRES: June 23, 2021

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony
ADDRESS:
DATE OF BIRTH: 06/29/1986 SOCIAL SECURITY NO: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Joyner
RELATIONSHIP: Daughter & Administrator of Estate
ADDRESS: 452R Witters Pond Road, Vernon, FL 32462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospital - Chattanooga; Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga; TriStar Centennial Medical Center-HCA Health Services of Tennessee, Inc. d/b/a TriStar Centennial Medical Center; Jennifer A. Johnson, MD, TriStar Centennial Medical Center; Charles T. Brice, MD, Kindred Hospital - Chattanooga; and Charles T. Brice, MD, USA Medical Mall

**4. HEALTH INFORMATION TO BE DISCLOSED (including records/documents received from any other health care providers, therapists, or counselors)**

FROM: All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record (All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OR DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s) : Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE.** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named parties and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administrative_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_, 20 _20_.

_____
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 247544
EXPIRES: June 23, 2023



SENDER: COMPLETE THIS SECTION

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St
One Vencor Place
Louisville KY 40202

9490 9118 8956 1777 7431 34

2. Article Number (Transfer from service label)
9415 5118 8956 1777 7431 80

PS Form 3811 Facsimile, July 2015 (SDC 3930)

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®

...VILLE KY...

Domestic Return Receipt

U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9415 5118 8956 1777 7431 80

RETURN RECEIPT TRACKING NUMBER
9490 9118 8956 1777 7431 34

ARTICLE ADDRESS TO:

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St
One Vencor Place
Louisville KY 40202

FEES

| | |
|---|---|
| Postage per piece | $3.300 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| Total Postage & Fees: | $9.700 |

NASHVILLE TN 37202
FEB 05 2020

Postmark Here

Anthony 2/5/2020

Benjamin J. Miller, Attorney
Email: ben@higginsfirm.com

# (H) THE **HIGGINS** FIRM
### Attorneys at Law

February 5, 2020

**VIA CERTIFIED MAIL**
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

|  |  |  |
|--|--|--|
| Re: | **Patient:** | **Lorraine Anthony** |
|  | **Date of Birth:** | **June 29, 1936** |
|  | **Claimant:** | **Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony, and on behalf of the surviving spouse and wrongful death beneficiaries of Lorraine Anthony, deceased** |
|  |  | **4528 Wickers Pond Road** |
|  |  | **Vernon, FL 32462-3061** |
|  | **Relation to Patient:** | **Daughter and Administratrix of the Estate** |

To Whom It May Concern:

This office represents Teresa Anne Joyner, administratrix of the estate of Lorraine Anthony and on behalf of the wrongful death beneficiaries of Lorraine Anthony, and pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Lorraine Anthony.

Please also let this notice serve as a request for your records on Lorraine Anthony. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Joyner is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely,

THE HIGGINS FIRM, PLLC

Benjamin J. Miller

BJM/bjf

Enclosures

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

TriStar Centennial Medical Center
Attn. Administrator: Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
One Park Plaza
Nashville, TN 37203-6527

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
Attn.: Legal Dept.
P.O. Box 750
Nashville, TN 37202-0750

HCA Health Services of Tennessee, Inc.
d/b/a TriStar Centennial Medical Center
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
2300 Patterson Street
Nashville, TN 37203-1538

Jennifer A. Johnson, MD
TriStar Centennial Medical Center
c/o Scott A. Cihak
2300 Patterson Street
Nashville, TN 37203-1538

Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospital - Chattanooga
Attn. Administrator: Andrea White, CEO
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South 4th Street
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
680 South Fourth St.
One Vencor Place
Louisville, KY 40202-2407

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

Charles T. Brice, MD
Kindred Hospital - Chattanooga
709 Walnut Street
Chattanooga, TN 37402-1916

Charles T. Brice, MD
USA Medical Mall
979 E 3rd Street, Ste. 300
Chattanooga, TN 37403-2187

# IN THE PROBATE COURT FOR MADISON COUNTY, TENNESSEE

IN RE: )
)
LORRAINE ANTHONY )  CASE NO. 20-1805
)
DECEASED. )

## ORDER FOR APPOINTMENT OF ADMINISTRATRIX

This matter came to be heard on the 30th day of January, 2020 upon Petitioner Teresa Anne Joyner's verified Petition for Letters of Administration in the estate of Lorraine Anthony, who died intestate on July 22, 2019, a resident of Madison County, Tennessee. It appears from the evidence provided to the Court that Teresa Anne Joyner is an interested party as the daughter of the Decedent.

### IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:

(a)    That Teresa Anne Joyner be appointed as the Administratrix;

(b)    That Letters of Administration issue to Personal Representative, Teresa Anne Joyner, of 4528 Wickers Pond Road, Vernon, Florida 32462;

(c)    That the requirements for bond is hereby reserved pending filing of inventory and further order of this court; inventory shall be filed within 60 days; accounting shall be submitted within 15 months and annually thereafter;

(d)    That the Bureau of TennCare be notified of these proceedings;

(e)    That Notice of Publication be commenced according to law;

(f)    For such other, further and general relief as the justice of this Petition may require.

ENTERED THIS 30th DAY OF January, 2020.

HONORABLE JUDGE

**APPROVED FOR ENTRY:**

DONALD K. BYRD, BPR#033231
The Higgins Firm
525 Fourth Ave. S.
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 28th day of January, 2020.

Robert Anthony
Forest Cove Nursing Home, Side 4, Room 549
Jackson, TN 38301

Teresa Anne Joyner
4528 Wickers Pond Road
Vernon, FL 32462

Marc Christopher Anthony
4528 Wickers Pond Road
Vernon, FL 32462

DONALD K. BYRD

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NUMBER: 2019.041659

| 1. DECEDENT'S LEGAL NAME | 2. SEX | 3. DATE OF DEATH |
|---|---|---|
| LORRAINE JOSEPHINE RIDLEY | FEMALE | 07/20/2019 |

| 4a. AGE | 4b. UNDER 1 YEAR | 4c. UNDER 1 DAY | 5. DATE OF BIRTH | 6. BIRTHPLACE |
|---|---|---|---|---|
| UNKNOWN | Months / Days | Hours / Minutes | 09/29/1930 | SANTA CLARA, CA |

| 7. PLACE OF DEATH |
|---|
| ENROLLMENT |

| 7b. FACILITY NAME | 7c. CITY OR TOWN | 7d. COUNTY OF DEATH |
|---|---|---|
| ERLANGER MEDICAL CENTER | CHATTANOOGA | HAMILTON |

| 8. MARITAL STATUS | 9. SURVIVING SPOUSE (name prior to first marriage) | 10a. DECEDENT'S USUAL OCCUPATION | 10b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| MARRIED | ROBERT FICKETT ANTHONY | HOMEMAKER | DOMESTIC |

| 11. SOCIAL SECURITY NUMBER | 12a. RESIDENCE-STATE OR FOREIGN COUNTRY | 12b. COUNTY | 12c. CITY OR TOWN |
|---|---|---|---|
| | TENNESSEE | MADISON | JACKSON |

| 12d. STREET AND NUMBER | 12e. INSIDE CITY LIMITS | 12f. ZIP CODE | 12g. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|
| 19 RACHEL DR. 7 | YES | 3000 | NO |

| 13. DECEDENT'S EDUCATION | 14. DECEDENT OF HISPANIC ORIGIN? | 15. DECEDENT'S RACE |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED COMPLETED | NO; NOT SPANISH/HISPANIC/LATINO | OTHER (PORTUGUESE) |

PARENTS

| 16. FATHER'S NAME | 17. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| ANTHONY SILVA | MARY FERREIRA |

| 18a. INFORMANT'S NAME | 18b. RELATIONSHIP TO DECEDENT | 18c. MAILING ADDRESS |
|---|---|---|
| TERESA ANNE JOYNES | DAUGHTER | 4389 CREEKPOND RD, VERNON, FL 32462 |

| 19. METHOD OF DISPOSITION | 20. PLACE OF DISPOSITION | 21. LOCATION |
|---|---|---|
| CREMATION; REMOVAL FROM STATE | LANE FH & CREMATORY 3, CREST | ROSSVILLE, GA |

| 22. NAME OF FUNERAL DIRECTOR | 22b. LICENSE NUMBER | 22c. SIGNATURE OF EMBALMER | 22d. LICENSE NUMBER |
|---|---|---|---|
| /s/ GUY DAVID KELLER | 4363 | | N/A |

| 23. NAME AND ADDRESS OF FUNERAL HOME |
|---|
| LANE FUNERAL HOME, 901 ASHLAND TERRACE, CHATTANOOGA, TN 37415-3333 |

| 24. REGISTRAR'S SIGNATURE | 25. DATE FILED |
|---|---|
| /s/ EDWARD G BISHOP III | 07/20/2019 |

26. CERTIFIER

26a. ☒ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER - ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE TIME AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27. CERTIFIER | 27b. LICENSE NUMBER | 27c. DATE SIGNED |
|---|---|---|
| /s/ JEREMY GREENBERG | 51072 | 07/22/2019 |

| 27d. NAME AND ADDRESS |
|---|
| JEREMY GREENBERG 979 EAST 3RD STREET, CHATTANOOGA, TN 37403 |

28. PART I. ENTER THE CHAIN OF EVENTS—DISEASES, INJURIES, OR COMPLICATIONS—THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE.

| IMMEDIATE CAUSE | a. ACUTE OR CHRONIC HYPOXEMIC RESPIRATORY FAILURE |
|---|---|
| | DUE TO (OR AS A CONSEQUENCE OF) |
| b. | TRACHEOSTOMY MALPOSITION |
| | DUE TO (OR AS A CONSEQUENCE OF) |
| c. | CHRONIC CRITICAL ILLNESS |
| | DUE TO (OR AS A CONSEQUENCE OF) |
| d. | |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| 29a. WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

| 30. MANNER OF DEATH | 31. DID TOBACCO USE CONTRIBUTE TO DEATH | 32. IF FEMALE |
|---|---|---|
| NATURAL | NO | NOT PREGNANT WITHIN PAST YEAR |

| 33. TRANSPORTATION INJURY | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | | | | |

| 34e. DESCRIBE HOW INJURY OCCURRED | 34f. LOCATION OF INJURY |
|---|---|
| | |

PH-1683 (Rev. 6/2012)

I hereby certify the above to be a true and correct representation of the record of document on file in this department. This certified copy is valid only when printed on security paper showing the watermarked seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated §68-3-101 et seq., Vital Records Act of 1977.

1126851 7

/s/ Edward G. Bishop III
Edward G. Bishop III
State Registrar

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony
ADDRESS:
DATE OF BIRTH: 06/29/1956 SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Jouner
RELATIONSHIP: Daughter & Administrativ of Estate
ADDRESS: 4528 Witters Pond Road, Vernon, FL 32462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga, c/o Registered Agent: CT Corporation System
300 Montvue Rd., Knoxville, TN 37919-5546

**4. HEALTH INFORMATION TO BE DISCLOSED including reports/documents received from any other health care providers, therapists, or counselors**

FROM: _____All Records_____

**HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:**
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine, Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.

6. PURPOSE OF DISCLOSURE/USE: CIVIL LITIGATION

7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:
   I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s): The Higgins Firm, PLLC
   525 4th Ave. South, Nashville, TN 37210

8. RE-DISCLOSURE: I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the benefits civil case.

10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE: I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The Information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the provider's facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_ DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: Daughter & Administratrix

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _Sazuary_, 20 _20_.

_S. Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347564
EXPIRES: June 23, 2023

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine, Anthony
ADDRESS:
DATE OF BIRTH: 06/29/1936 SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Terrec Joyner
RELATIONSHIP: Daughter & Administratrix of Estate
ADDRESS: 4528 Wilkers Pond Road, Vernon, FL 35462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**4. HEALTH INFORMATION TO BE DISCLOSED including records/documents received from any other health care providers, therapists, or counselors**

FROM: All Records

**HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:**
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s) : Kindred Hospital Limited Partnership d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing this health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil care.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named parties and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_          DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administration_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS
IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_, 20_20_.

_S. Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 347548
EXPIRES: June 23, 2023

**HIPAA COMPLIANT**
**AUTHORIZATION FOR USE & DISCLOSURE OF**
**INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION"**

**1. PATIENT IDENTIFICATION**

PRINTED NAME: Lorraine Anthony
ADDRESS:
DATE OF BIRTH: 06/29/1986 SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION**

PRINTED NAME: Teresa Anne Joyner
RELATIONSHIP: Daughter & Administrative of Estate
ADDRESS: 4528 Witters Pond Road, Vernon, FL 32462

**3. PERSONS/ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Kindred Hospital - Chattanooga; Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga; TriStar Centennial Medical Center-HCA Health Services of Tennessee, Inc. d/b/a TriStar Centennial Medical Center; Jennifer A. Johnson, MD, TriStar Centennial Medical Center; Charles T. Brice, MD, Kindred Hospital - Chattanooga and Charles T. Brice, MD; USA Medical Mall

**4. HEALTH INFORMATION TO BE DISCLOSED Including records/documents received from any other health care providers, therapists, or counselors**

FROM:     All Records

HOSPITAL, NURSING HOME, PHYSICIAN, HEALTH CARE PROVIDERS INCLUDING BUT NOT LIMITED TO:
Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photograph & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthesis Equipment & Fitting Record
Complete Dental Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Photographs, Videotapes and Digital Images
Complete Inpatient and Outpatient Health Record
Emergency Room Record
History & Physical Exam
Discharge Summary
Consultation Reports
Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports
Pathology Slides

Photos/Videos/Digital Images
Abstract of Health Record ( All Transcribed Physician Reports & Test Reisits)
Nursing Notes
Activities of Daily Living
Nutrition Records
Any and all other records in your possession pertaining to _Lorraine Anthony_

**BILLING RECORDS:**
Complete Billing Record including an Itemized Statement

**5. THIS AUTHORIZATION IS NOT TO BE CONSTRUED AS MY CONSENT TO RELEASE ANY OF THE FOLLOWING RECORDS: DRUG AND/OR ALCOHOL ABUSE, AND/OR PSYCHIATRIC, AND/OR HIV/AIDS RECORDS.**

**6. PURPOSE OF DISCLOSURE/USE:** CIVIL LITIGATION

**7. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:**
I Authorize the disclosure and use of the Health Information described above to the following person(s) or organization(s) : Kindred Hospitals Limited Partnership d/b/a Kindred Hospital - Chattanooga
c/o Registered Agent: CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipient(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION.** Except to the extent that action has already been taken to release on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: final conclusion of the pending civil case.

**10. RIGHTS & SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization and that my treatment or payment for services will not be denied if I do not sign this form unless specified above under Purpose of Request. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx"; United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Teresa Anne Joyner_        DATE: _1-30-2020_

PRINTED NAME: _TERESA ANNE JOYNER_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP: _Daughter & Administratrix_

THIS AUTHORIZATION WAS SIGNED BY _Teresa Anne Joyner_ WHO WAS
IDENTIFIED BY PICTURE I.D. ON THIS _30_ DAY OF _January_ 20_20_.

_S. Sloan_
WITNESS AND/OR NOTARY PUBLIC

SHANA SLOAN
MY COMMISSION # GG 307544
EXPIRES: June 23, 2023



SENDER: COMPLETE THIS SECTION

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kindred Hospitals Limited Partnership
c/o Registered Agent: CT Corporation System
d/b/a Kindred Hospital - Chattanooga
300 Montvue Rd.
Knoxville TN 37919-5546

9490 9118 8956 1777 7408 43

2. /

PS Form

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)

Samantha Sutton

B. Received By: (Printed Name) FEB 07 2020

C. Date of Delivery

D. Is delivery address different from item 1? ☐Yes
If YES, enter delivery address below: ☐No

3. Service Type

☑ Certified Mail®

...mestic Return Receipt

U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9415 5118 8956 1777 7408 09

RETURN RECEIPT TRACKING NUMBER
9490 9118 8956 1777 7408 43

ARTICLE ADDRESS TO:

Kindred Hospitals Limited Partnership
c/o Registered Agent: CT Corporation System
d/b/a Kindred Hospital - Chattanooga
300 Montvue Rd.
Knoxville TN 37919-5546

FEES

| | |
|---|---|
| Postage per piece | $3.300 |
| Certified Fee | $3.550 |
| Return Receipt Fee | $2.850 |
| Total Postage & Fees: | $9.700 |

NASHVILLE TN 37202
FEB 05 2020

Postmark Here

Anthony 2/5/2020

# IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

Teresa Anne Joyner, as administratrix
of the estate and on behalf of the
wrongful death beneficiaries of Lorraine
Anthony, deceased,

      Plaintiff,

v.

Kindred Hospitals Limited Partnership
d/b/a Kindred Hospital - Chattanooga,

      Defendant.

Case No. 20C620

FILED IN OFFICE
2020 JUN -5 AM 9:22
LARRY L. HENRY, CLERK
BY

## CERTIFICATE OF GOOD FAITH

Comes now the Plaintiff, Teresa Anne Joyner, as administratrix of the estate and on behalf of the wrongful death beneficiaries of Lorraine Anthony, deceased by and through counsel, and pursuant to T.C.A. § 29-26-122, and states as follows:

I have consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

    **(A)**    Are competent under § 29-26-115 to express an opinion or opinions in the case; and

    **(B)**    Believe, based on the information available from the medical records concerning the care and treatment of the plaintiff for the incident or incidents at issue, that there is a good faith basis to maintain the action consistent with the requirements of § 29-26-115.

I have no prior violations of this section.

Respectfully Submitted,

**THE HIGGINS FIRM, PLLC**


/s/ Benjamin J. Miller
**BENJAMIN J. MILLER, BPR NO. 25575**
**RICHARD D. PILIPONIS, BPR NO. 16249**
**CARLY MACMILLAN, BPR NO. 35827**
Attorneys for Plaintiff
525 4th Ave. South
Nashville, TN 37210
(615) 353-0930

2