IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

**TERESA ANNE JOYNER,**
as Administratix of the Estate and)
on behalf of the wrongful death
beneficiaries of
**LORRAINE ANTHONY**, deceased,

    Plaintiff,

  v.

**Civil Action No. 1:20-cv-00190-TRM-SKL**

**KINDRED HOSPITALS LIMITED
PARTNERSHIP d/b/a
KINDRED HOSPITAL-CHATTANOOGA,**

    Defendant.

## FINAL ORDER OF DISMISSAL

It appears to the Court, as evidenced by the Joint Stipulation of Dismissal With Prejudice (Doc. #54) that all matters in controversy between Plaintiff and Defendant Kindred Hospitals Limited Partnership d/b/a Kindred Hospital Chattanooga have been resolved and therefore, this matter should be dismissed with prejudice on the merits.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

That this cause is hereby dismissed as to Defendant Kindred Hospitals Limited Partnership d/b/a Kindred Hospital – Chattanooga with full and complete prejudice, with each party to bear its own attorney fees and costs. The Clerk is directed to close this case.

SO ORDERED.

ENTER:

                                                  s/ *Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE